UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

THE PROCTER & GAMBLE COMPANY,

               Plaintiff,

            - against -

PLAYTEX PRODUCTS, INC.,

               Defendant.

------------------------------------------------------------ x

No. 08 Civ. ____

Rule 7.1 Disclosure Statement

08 CV 01532

RECEIVED FEB 14 2008 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff The Procter & Gamble Company ("P&G"), a private non-governmental party, hereby certifies that P&G has no parent companies.

Dated: New York, New York
       February 14, 2008

                                    Kramer Levin Naftalis & Frankel LLP

                                    By: _____
                                       Harold P. Weinberger (HW-8240)
                                       Jonathan M. Wagner (JW-7197)

                                       1177 Avenue of the Americas
                                     New York, New York 10036
                                     (212) 715-9100
                                     hweinberger@kramerlevin.com
                                     jwagner@kramerlevin.com

                                     Attorneys for Plaintiff The Procter &
                                     Gamble Company

KL3 2640755.1