EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE PROCTER & GAMBLE COMPANY,

                Plaintiff(s),

-against-

PLAYTEX PRODUCTS, INC.,

                Defendant(s).
-----------------------------------------------------------------X

Case No. 08 CV 01532
AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            :s.s.:
COUNTY OF QUEENS   )

        JONATHAN ALEJANDRO, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years of age and reside in the State of New York.

        On the 19th day of February, 2008, at approximately 3:10 p.m. at 300 Nyala Farm Road, Westport, Connecticut, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL and GUIDELINES FOR ELECTRONIC CASE FILING, in the above-entitled action upon PLAYTEX PRODUCTS, INC., defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Elmira Hammock. At time of service, Ms. Hammock identified herself as the Administrative Assistant for Playtex Products, Inc. and as a person authorized to accept service of process for Playtex Products, Inc.

Ms. Hammock is Caucasian female, approximately 50 years of age, 5'10" tall, 155 lbs, with light hair and light eyes.

Sworn to before me this
19th day of February, 2008

_____
NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

_____
JONATHAN ALEJANDRO
Organization License No. 1155020