**ORIGINAL**

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

The Procter & Gamble Company

v.

Playtex Products, Inc.

**APPEARANCE**

Case Number: 08 CV 01532

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jonathan M. Wagner

I certify that I am admitted to practice in this court.

February 14, 2008
Date

*[signature]*
Signature

Jonathan M. Wagner   JW-7197
Print Name   Bar Number

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
Address

New York, New York   10036
City   State   Zip Code

(212) 715-9393   (212) 715-8000
Phone Number   Fax Number