ORIGINAL

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| The Procter & Gamble Company |
|---|

v.

| Playtex Products, Inc. |
|---|

**APPEARANCE**

Case Number: 08 CV 01532

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Harold P. Weinberger

I certify that I am admitted to practice in this court.

February 14, 2008
Date

*[Signature]*
Signature

Harold P. Weinberger    HW-3240
Print Name    Bar Number

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
Address

New York, New York 10036
City    State    Zip Code

(212) 715-9132    (212) 715-8000
Phone Number    Fax Number