# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

The Proctor & Gamble Company

**APPEARANCE**

v.

Case Number: 08 Civ. 1532

Playtex Products, Inc.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Playtex Products, Inc.

I certify that I am admitted to practice in this court.

| 2/22/2008 | | Signature | |
|---|---|---|---|
| Date | | Matthew B. Lehr | 2183309 |
| | | Print Name | Bar Number |
| | | 450 Lexington Avenue | |
| | | Address | |
| | | New York   NY | 10017 |
| | | City   State | Zip Code |
| | | (212) 450-4000 | (212) 450-3800 |
| | | Phone Number | Fax Number |