# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

The Procter & Gamble Co.

v.

Playtex Products, Inc.

**APPEARANCE**

Case Number: 08 Civ. 1532

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Playtex Products, Inc.

I certify that I am admitted to practice in this court.

| 2/25/2008 | /s/ Benjamin R. Allee |
|---|---|
| Date | Signature |

| Benjamin R. Allee | 4265427 |
|---|---|
| Print Name | Bar Number |

450 Lexington Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 450-4000 | (212) 450-3800 |
|---|---|
| Phone Number | Fax Number |