AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Procter & Gamble Co.

v.

**APPEARANCE**

Playtex Products, Inc.

Case Number: 08 Civ. 1532

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Playtex Products, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/27/2008 | /s/ Matthew B. Lehr |
| Date | Signature |
| | Matthew B. Lehr — 2183309 |
| | Print Name — Bar Number |
| | 450 Lexington Avenue |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 450-4000 — (212) 450-3800 |
| | Phone Number — Fax Number |