# DAVIS POLK & WARDWELL

1600 EL CAMINO REAL
MENLO PARK, CA 94025
650 752 2000
FAX 650 752 2111

NEW YORK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

MATTHEW B. LEHR
650 752 2010
MATTHEW.LEHR@DPW.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

Re: The Procter & Gamble, Co. v. Playtex Products, Inc., 08 CV 01532

March 6, 2008

The Honorable William H. Pauley III
United States District Judge
The Daniel Patrick Moynihan United States Courthouse
for the Southern District of New York
500 Pearl Street – Room 2210
New York, New York 10007

Dear Judge Pauley:

Application granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/7/08

We represent the defendant in the above-referenced action. The date by which defendant must answer or otherwise respond to the complaint is March 10, 2008. The parties have agreed to adjourn the time for defendant to respond to the complaint until March 12, 2008, to allow for further investigation by defendant and to accommodate prior commitments of defense counsel. There have been no prior requests for extensions of time to respond. If this extension is acceptable to the court, we respectfully request that your Honor endorse this letter and that your Honor's chambers forward it to the Clerk for docketing.

Respectfully submitted,

Matthew B. Lehr
*Attorney for Defendant Playtex Products, Inc.*

cc: Jonathan M. Wagner, Esq.

By Hand Delivery

SO ORDERED:


Hon. William H. Pauley III
United States District Judge