UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | 08 Civ. 01532 |
| Plaintiff, | **Disclosure Statement** |
| - against - | |
| PLAYTEX PRODUCTS, INC., | |
| Defendant. | Electronically Filed |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, defendant Playtex Products, Inc. ("Playtex") respectfully submits this Disclosure Statement.

1. Energizer Holdings, Inc. ("ENR") is the parent corporation of Playtex.

2. ENR owns 10% or more of Playtex's stock.

Dated: March 12, 2008            DAVIS POLK & WARDWELL

By: s/ Matthew B. Lehr
    Matthew B. Lehr (ML-9982)

Benjamin R. Allee
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

– and –

Anthony Fenwick (*pro hac vice*)
Veronica Abreu (*pro hac vice*)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Defendant Playtex Products, Inc.

1