AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 1:08-cv-01532-WHP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Playtex Products, Inc.

I certify that I am admitted to practice in this court.

| 3/19/2008 | _[signature]_ (DN6578) |
| Date | Signature |

| Diem-Suong Thi Nguyen | 2775088 |
| Print Name | Bar Number |

DAVIS POLK & WARDWELL - 1600 El Camino Real
Address

| Menlo Park | CA | 94025 |
| City | State | Zip Code |

| (650) 752-2012 | (650) 752-3612 |
| Phone Number | Fax Number |