UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAYTEX PRODUCTS, INC.<br><br>Defendant. | 1:08-CV-01532-WHP<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for plaintiff The Procter & Gamble Company, and further requests that copies of all papers in this action be served upon her at the address set forth below.

Dated: New York, New York
March 20, 2008

JONES DAY

By: s/Clark Craddock
    Clark Craddock (CC-9165)
    222 East 41st Street
    New York, New York  10017
    Tel:  (212) 326-3939

Counsel for Plaintiff The Procter & Gamble Company

NYI-4072718v1

## CERTIFICATE OF SERVICE

Clark Craddock, a lawyer admitted to the bar of this Court, certifies under penalty of perjury pursuant to 28 U.S.C. § 1746, that on March 20, 2008, she caused the attached Notice of Appearance to be served by Federal Express upon:

>Matthew B. Lehr
>Benjamin R. Allee
>Davis Polk & Wardwell
>450 Lexington Avenue
>New York, NY 10017
>
>          and
>
>Anthony Fenwick
>Veronica Abreau
>Davis Polk & Wardwell
>1600 El Camino Real
>Menlo Park, California 94025

All parties who have been registered for electronic service in this case have also been served electronically.

Dated:  March 20, 2008

s/ Clark Craddock _____