AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

The Procter & Gamble Company

v.

Playtex Products, Inc.

**APPEARANCE**

Case Number: 08 Civ. 01532 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Procter and Gamble Company

I certify that I am admitted to practice in this court.

March 25, 2008
Date

Signature

Tobias B. Jacoby           TJ-7198
Print Name                 Bar Number

Kramer Levin Naftalis & Frankel LLP
Address

1177 Avenue of the Americas
City: New York    State: NY    Zip Code: 10036

Phone Number                 Fax Number