SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| The Procter & Gamble Company, | Plaintiff, | |
| - against - | | 1:08 cv 01532 (WHP) |
| Playtex Products, Inc., | Defendant. | MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan Wagner a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: David M. Maiorana
Firm Name: Jones Day
Address: North Point, 901 Lakeside Avenue
City/State/Zip: Cleveland, Ohio 44114
Phone Number: (216) 586-3939
Fax Number: (216) 579-0212

David M. Maiorana is a member in good standing of the Bar of the States of Ohio and Virginia

There are no pending disciplinary proceeding against David M. Maiorana in any State or Federal court.

Dated: March 26, 2008
City, State: Cleveland, Ohio

Respectfully submitted,

Sponsor's: Jonathan M. Wagner
SDNY Bar: JW-7197
Firm Name: Kramer Levin Naftalis & Frankel LLP
Address: 1177 Avenue of the Americas
City/State/Zip: New York, New York 10036
Phone Number: (212) 715-9393
Fax Number: (212) 715-8000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

THE PROCTER & GAMBLE COMPANY,

                Plaintiff,

       - against -

PLAYTEX PRODUCTS, INC.,

                Defendant.

------------------------------------------------------------ x

08 Civ. 01532 (WHP)

Affidavit of Jonathan M. Wagner in Support of Motion to Admit Counsel Pro Hac Vice

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

        Jonathan M. Wagner, being duly sworn, hereby deposes and says as follows:

        1.     I am a partner at Kramer Levin Naftalis & Frankel LLP, counsel for plaintiff in the above-captioned action. I am familiar the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein in support of plaintiff's motion to admit David M. Maiorana as counsel *pro hac vice* to represent plaintiff in this matter.

        2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1984. I am also admitted to the bar of the United States District Court of the Southern District of New York and am in good standing with this Court.

        3.     I have known Mr. Maiorana since March 2008.

        4.     Mr. Maiorana is partner at Jones Day, Cleveland, Ohio.

KL3 2648715.1

-2-

5. I have found Mr. Maiorana to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of David M. Maiorana, *pro hac vice*.

7. I respectfully submit a proposed order for the admission of Mr. Maiorana, *pro hac vice*, to represent plaintiff in the above-captioned matter. (Exh. A, attached).

Wherefore, I respectfully request that the Court grant the motion to admit David M. Maiorana, *pro hac vice*, to represent plaintiff in the above-captioned matter.

Dated: New York, New York
       March 26, 2008

Respectfully submitted

By: _____
Jonathan M. Wagner (JW-7197)

Sworn to before me this
__ day of March, 2008

_____
Notary Public

**BARBARA STANTON**
Notary Public, State of New York
No. 01ST3810210
Qualified in New York County
Commission Expires August 31, 2009

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

David Michael Maiorana

was admitted to the practice of law in Ohio on November 08, 1999; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 20th day of March, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE PROCTER & GAMBLE COMPANY,      :
                                    :
               Plaintiff,           :
                                    :
                                    : No. 08cv01532
     -against-                      :
                                    :
                                    :
PLAYTEX PRODUCTS, Inc.,             : **AFFIDAVIT OF SERVICE**
                                    :
               Defendants.          :
                                    :
------------------------------------X
STATE OF NEW YORK  )
                   ) SS.:
COUNTY OF NEW YORK )

    I, Jennifer Vargas, being duly sworn say:

    1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

    2. On March 26, 2008, I served by Reqular mail a true copy of a **MOTION TO ADMIT COUNSEL PRO HAC VICE**, dated March 26, 2008, in the above captioned matter upon:

KL4 2215810.1

Matthew B. Lehr, Esq.
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, California 94025

By depositing the same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
Jennifer Vargas

Sworn to before me this
26th day of March, 2008

_____
Notary Public

BRANDON GREGORY
Notary Public, State of New York
No. 01GR6174946
Qualified in New York County
Commission Expires Oct. 1, 2011

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Procter & Gamble Company,   Plaintiff,

1:08 cv 01532   (WHP )

- against -

Playtex Products, Inc.,   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Harold Weinberger attorney for The Procter & Gamble Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David M. Maiorana |
| Firm Name: | Jones Day |
| Address: | North Point, 901 Lakeside Avenue |
| City/State/Zip: | Cleveland, Ohio 44114 |
| Telephone/Fax: | (216) 586-3939 |
| Email Address: | dmaiorana@jonesday.com |

is admitted to practice pro hac vice as counsel for The Procter & Gamble Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____ SDNY RECEIPT#_____
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Procter & Gamble Conmpany,    Plaintiff,

- against -

Playtex Products, Inc.,    Defendant.

 8  cv  01532  (whp)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan M. Wagner a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Kenneth R. Adamo
Firm Name: Jones Day
Address: 901 Lakeside Avenue
City/State/Zip: Cleveland, Ohio 44114
Phone Number: (216) 586-7120
Fax Number: (216) 579-0212

Kenneth R. Adamo is a member in good standing of the Bar of the States of
see attached

There are no pending disciplinary proceeding against Kenneth R. Adamo in any State or Federal court.

Dated: March 27, 2008
City, State: Cleveland, Ohio

Respectfully submitted,

Sponsor's    Jonathan M. Wagner
SDNY Bar    JW-7197
Firm Name:    Kramer Levin Naftalis & Frankel LLP
Address:    1177 Avenue of the Americas
City/State/Zip:    New York, New York 10036
Phone Number:    (212) 715-9393
Fax Number:    (212) 715-8000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
THE PROCTER & GAMBLE COMPANY,         :
                                       :   08 Civ. 01532 (WHP)
              Plaintiff,               :
                                       :
        - against -                    :   Affidavit of Jonathan M. Wagner
                                       :   in Support of Motion to Admit
PLAYTEX PRODUCTS, INC.,                :   Counsel Pro Hac Vice
                                       :
              Defendant.               :
                                       :
———————————————————————— x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Jonathan M. Wagner, being duly sworn, hereby deposes and says as follows:

1.  I am a partner at Kramer Levin Naftalis & Frankel LLP, counsel for plaintiff in the above-captioned action. I am familiar the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein in support of plaintiff's motion to admit Kenneth R. Adamo as counsel *pro hac vice* to represent plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1984. I am also admitted to the bar of the United States District Court of the Southern District of New York and am in good standing with this Court.

3.  I have known Mr. Adamo since March 2008.

4.  Mr. Adamo is partner at Jones Day, Cleveland, Ohio.

KL3 2648865.1

5. I have found Mr. Adamo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Kenneth R. Adamo, *pro hac vice*.

7. I respectfully submit a proposed order for the admission of Mr. Adamo, *pro hac vice*, to represent plaintiff in the above-captioned matter.

Wherefore, I respectfully request that the Court grant the motion to admit Kenneth R. Adamo, *pro hac vice*, to represent plaintiff in the above-captioned matter.

Dated: New York, New York
       March 27, 2008

Respectfully submitted

By: _____
    Jonathan M. Wagner (JW/7197)

Sworn to before me this
27 day of March, 2008

_____
Notary Public

**BARBARA STANTON**
**Notary Public, State of New York**
**No. 01ST3810210**
**Qualified in New York County**
**Commission Expires August 31, 2009**

- 2 -

KL3 2648865.1

# The Supreme Court of Ohio

## C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Kenneth Robert Adamo

was admitted to the practice of law in Ohio on May 23, 1984; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 20th day of March, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Procter & Gamble Company,   Plaintiff,

8   cv   01532   (WHP)

- against -

Playtex Products, Inc.   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Jonathan M. Wagner attorney for The Procter & Gamble Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kenneth R. Adamo |
| Firm Name: | Jones Day |
| Address: | 901 Lakeside Avenue |
| City/State/Zip: | Cleveland, Ohio 44114 |
| Telephone/Fax: | (216) 586-7120 |
| Email Address: | 216-579-0212 |

is admitted to practice pro hac vice as counsel for The Procter & Gamble Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE PROCTER & GAMBLE COMPANY,            :
                                         :
            Plaintiff,                   :
                                         :
                                         : No. 08cv01532
    -against-                            :
                                         :
                                         :
PLAYTEX PRODUCTS, Inc.,                  : **AFFIDAVIT OF SERVICE**
                                         :
                                         :
            Defendants.                  :
                                         :
- --- --- --- --- --- --- --- --- --- --- --- --- --- --- -- X
STATE OF NEW YORK  )
                   ) SS.:
COUNTY OF NEW YORK )

    I, Michael Ivanciu, being duly sworn say:

    1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

    2. On March 27, 2008, I served by Reqular mail a true copy of a **MOTION TO ADMIT COUNSEL PRO HAC VICE**, dated March 27, 2008, in the above captioned matter upon:

KL4 2215810.1

Matthew B. Lehr, Esq.
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, California 94025

By depositing the same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
Michael Ivanciu

Sworn to before me this
27th day of March, 2008

_____
Notary Public

DANIEL J. WITVIK
Notary Public, State of New York
No. 01WI6158747
Qualified in Queens County
Certificate Filed in New York County
Commission Expires January 8, 20 11

KL4 2215810.1