```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE PROCTER AND GAMBLE COMPANY,          :

               Plaintiff,          :          08 Civ. 1532 (WHP)

                                     :          SCHEDULING ORDER

   -against-          :

PLAYTEX PRODUCTS, INC.,          :

               Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel having appeared before the Court for An initial pretrial conference on April 1, 2008, the following schedule is established on consent of the parties:

1. Plaintiff shall serve and file its motion for summary judgment concerning its <u>res judicata</u> claim by May 1, 2008;

2. Defendant shall serve and file its opposition to the motion by June 2, 2008;

3. Plaintiff shall serve and file any reply by June 17, 2008; and

4. Oral argument shall take place July 11, 2008 at 11:00 a.m.

Discovery on Plaintiff's Lanham Act claims is stayed pending resolution of Plaintiff's motion.

Dated: April 2, 2008
       New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*Counsel of record:*

Harold P. Weinberger, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Counsel for Plaintiff*

Matthew Lehr, Esq.
Davis Polk & Wardwell
1600 El Camino Real
Menlo, CA 94025
*Counsel for Defendant*