USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE PROCTER AND GAMBLE COMPANY,       :
                                      :      08 Civ. 1532 (WHP)
                    Plaintiff,        :
                                      :      ORDER
            -against-                 :
                                      :
PLAYTEX PRODUCTS, INC.,               :
                                      :
                    Defendant.        :
----------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Defendant's counterclaim for patent infringement shall be severed from this action pursuant to Fed. R. Civ. P. 21. Defendant is directed to file a complaint against Plaintiff asserting its patent infringement claim in a new civil action.

Dated: April 2, 2008
       New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.

*Counsel of record:*

Harold P. Weinberger, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Counsel for Plaintiff*

Kenneth R. Adamo, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
*Counsel for Plaintiff*

Matthew Lehr, Esq.
Davis Polk & Wardwell
1600 El Camino Real
Menlo, CA 94025
*Counsel for Defendant*