SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Procter & Gamble Company,   Plaintiff,

- against -

Playtex Products, Inc.,   Defendant.

__8__ cv __01532__ (__WHP__)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Diem-Suong T. Nguyen a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   David J. Lisson
Firm Name:          Davis Polk & Wardwell
Address:            1600 El Camino Real
City/State/Zip:     Menlo Park/CA/94025
Phone Number:       (650) 752-2000
Fax Number:         (650) 752-2111

David J. Lisson is a member in good standing of the Bar of the States of California.

There are no pending disciplinary proceeding against David J. Lisson in any State or Federal court.

Dated: 4/10/08
City, State: Menlo Park, CA

Respectfully submitted,

Sponsor's Name: Diem-Suong T. Nguyen
SDNY Bar: DN6578
Firm Name: Davis Polk & Wardwell
Address: 1600 El Camino Real
City/State/Zip: Menlo Park/CA/94025
Phone Number: (650) 752-2000
Fax Number: (650) 752-2111

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Procter & Gamble Company,<br>　　　　　　　　　　　Plaintiff,<br><br>　　　- against -<br><br>Playtex Products, Inc.,　　Defendant. | 08 Civ. 01532 (WHP)<br><br>AFFIDAVIT OF DIEM-SUONG T. NGUYEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York　　）
　　　　　　　　　　　） ss:
County of New York　）

Diem-Suong T. Nguyen, being duly sworn, hereby deposes and says as follows:

1. I am counsel at Davis Polk & Wardwell, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit David J. Lisson as counsel pro hac vice to represent Defendant in this matter.
2. I am a member in good standing in the States of New York and California and admitted to practice before the United States District Court for the Eastern and Southern Districts of New York; Northern, Central, Eastern and Southern Districts of California; and the United States Court of Appeals for the Federal, Fifth and Ninth Circuit.
3. I have known David J. Lisson since 2007.
4. David J. Lisson is an associate of Davis Polk & Wardwell, in Menlo Park, California.
5. I have found David J. Lisson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.
6. Accordingly, I am pleased to move for the admission of David J. Lisson, pro hac vice.
7. I respectfully submit a proposed order granting the admission of David J. Lisson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit David J. Lisson, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: April 10, 2008
City, State: Menlo Park, CA
Notarized: See attached.

Respectfully Submitted,

/s/ [signature]
Name of Movant: Diem-Suong T. Nguyen
SDNY Bar Code: DN6578

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

April 9, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID JAMES LISSON, #250994 was admitted to the practice of law in this state by the Supreme Court of California on November 26, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __San Mateo__

On __Apr. 10, 2008__ before me, __Angela Quach__,
      Date                              Here Insert Name and Title of the Officer

personally appeared __Diem Suong Thi Nguyen__
                               Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __[signature]__
              Signature of Notary Public

Place Notary Seal Above

— **OPTIONAL** —

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit of Diem Suong T. Nguyen ISO Motion to Admit Pro Hac__

Document Date: __April 10, 2008__ Number of Pages: __1__

Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827

CERTIFICATE OF SERVICE

Jennifer S. Candelario, an attorney admitted to practice in this District, hereby certifies that on April 14, 2008 I caused a true copy of the foregoing (1) Motion to Admit Counsel David J. Lisson *Pro Hac Vice*; (2) Affidavit of Diem-Suong T. Nguyen In Support of Motion to Admit Counsel David J. Lisson *Pro Hac Vice*; and (3) Order for Admission *Pro Hac Vice* on Written Motion to be served by overnight delivery service by delivering a true copy of said documents enclosed in a properly addressed wrapper into the custody of the overnight delivery service prior to the latest time designated by that overnight delivery service for overnight delivery and arranging for payment of the appropriate fee, upon each of the following counsel at the addresses stated:

> Harold T. Weinberger
> Jonathan M. Wagner
> Kramer Levin Naftalis & Frankel, LLP
> 1177 Avenue of the Americas
> New York, NY 10036
>
> *Attorneys for Plaintiff The Proctor & Gamble Company*

Dated:   New York, New York
         April 14, 2008

                                    Jennifer S. Candelario

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Procter & Gamble Company,   Plaintiff,

8   cv   01532   (WHP   )

- against -

Playtex Products, Inc.,   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Diem-Suong T. Nguyen   attorney for   Playtex Products, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David J. Lisson |
| Firm Name: | Davis Polk & Wardwell |
| Address: | 1600 El Camino Real |
| City/State/Zip: | Menlo Park/CA/94025 |
| Telephone/Fax: | (650) 752-2000 |
| Email Address: | david.lisson@dpw.com |

is admitted to practice pro hac vice as counsel for   Playtex Products, Inc.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006