# DAVIS POLK & WARDWELL

1600 EL CAMINO REAL
MENLO PARK, CA 94025

650 752 2000
FAX 650 752 2111

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NEW YORK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

VERONICA ABREU
650 752 2074
VERONICA.ABREU@DPW.COM

Re: *The Procter & Gamble Company v. Playtex Products, Inc.*, No. 08-cv-1532

April 9, 2008

The Honorable William H. Pauley, III
United States District Judge
The Daniel Patrick Moynihan United States Courthouse
for the Southern District of New York
500 Pearl Street – Room 2210
New York, New York 10007



RECEIVED
APR 15 2008
CHAMBERS OF
WILLIAM H. PAULEY

Dear Judge Pauley:

On behalf of Defendant Playtex Products, Inc. ("Playtex"), I write to apprise the Court of Playtex's intention to file a cross-motion for summary judgment on Plaintiff Procter & Gamble ("P&G")'s *res judicata* claim. I have notified P&G's counsel of Playtex's intention to file such a cross-motion.

On April 1, 2008, the parties conferred with the Court concerning P&G's proposed motion for summary judgment on its *res judicata* claim. In view of that conference, Playtex does not believe that it is necessary to hold an additional pre-motion conference on Playtex's cross-motion for summary judgment on the same issue. Rather, the parties can simply follow the briefing schedule outlined in the Court's Scheduling Order of April 2, 2008 with regard to both P&G's motion for summary judgment and Playtex's cross-motion for summary judgment on the *res judicata* claim.

*Application granted.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.

4/16/08

Respectfully,

_____
Veronica C. Abreu
*Attorney for Defendant Playtex Products, Inc.*

cc:    Matthew B. Lehr
       Harold P. Weinberger