UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

THE PROCTER & GAMBLE COMPANY,  :

              Plaintiff,  :

          - against -  :

PLAYTEX PRODUCTS, INC.,  :

             Defendant.  :

———————————————————————— x

08 Civ. 01532 (WHP)

Notice of Motion

Please take notice that, upon the accompanying Declaration of Harold P. Weinberger, dated May 1, 2008, and exhibits annexed thereto, plaintiff's Statement Pursuant to Local Rule 56.1, and plaintiff's Memorandum in Support of its Motion for Summary Judgment, plaintiff The Procter & Gamble Company ("P&G") will move this Court before the Honorable William H. Pauley, III, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on the 11th day of July, 2008, at 11:00 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to Fed. R. Civ. P. 56, granting P&G summary judgment (i) on the First Claim for Relief in the Amended Complaint for a declaration that defendant Playtex Products, Inc. ("Playtex") is precluded by *res judicata* from challenging any advertising claim by P&G that its Tampax Pearl tampons provide superior leakage protection compared to Playtex's Gentle Glide tampons, based on a Memorandum and Order rendered by the Court on February 6, 2008 holding that such a claim is not false or misleading, (ii) dismissing the counterclaim asserted by Playtex in this

action on the same ground, and (iii) and granting P&G such other and further relief as the Court

deems just and proper.

Dated:    New York, New York
          May 1, 2007

                                              Kramer Levin Naftalis & Frankel LLP

                                              By:_____
                                                    Harold P. Weinberger
                                                    Jonathan M. Waganer
                                                    Tobias B. Jacoby

                                              1177 Avenue of the Americas
                                              New York, New York  10036
Of Counsel:                                   Telephone:  (212) 715-9100
                                              hweinberger@kramerlevin.com
Karl S. Steinmanis, Esq.                      jwagner@kramerlevin.com
Travis C. Cresswell, Esq.                     tjacoby@kramerlevin.com
The Procter & Gamble Company
One Procter & Gamble Plaza                    Attorneys for Plaintiff
Cincinnati, Ohio  45202                       The Procter & Gamble Company


To:       Davis Polk & Wardwell
          1600 El Camino Real
          Menlo Park, California 94025

                  and

          450 Lexington Avenue
          New York, New York 10017

          Attorneys for Defendant Playtex Products, Inc.

KL3 2652208.1