**DAVIS POLK & WARDWELL**

1600 EL CAMINO REAL
MENLO PARK, CA 94025
650 752 2000
FAX 650 752 2111

VERONICA ABREU
650 752 2074
VERONICA.ABREU@DPW.COM

NEW YORK
WASHINGTON, D.C.
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/2/08*

*RECEIVED APR 23 2008 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.*

Re: *The Procter & Gamble Company v. Playtex Products, Inc.*, No. 08-cv-1532

**MEMO ENDORSED**

April 22, 2008

The Honorable William H. Pauley, III
United States District Judge
The Daniel Patrick Moynihan United States Courthouse
for the Southern District of New York
500 Pearl Street – Room 2210
New York, New York 10007

Dear Judge Pauley:

On behalf of Defendant Playtex Products, Inc. ("Playtex"), I write to clarify the briefing schedule Playtex intends to follow with regard to its cross-motion for summary judgment on Plaintiff Procter & Gamble ("P&G")'s *res judicata* claim. By letter dated April 9, 2008, I noted that "the parties can simply follow the briefing schedule outlined in the Court's Scheduling order of April 2, 2008 with regard to both P&G's motion for summary judgment and Playtex's cross-motion for summary judgment on the *res judicata* claim." That letter was endorsed by Your Honor on April 16, 2008 and entered on the docket on April 22, 2008 (D.I. 30).

Playtex intends to file its cross-motion for summary judgment with its opposition to P&G's motion, which, per this Court's Order of April 2, 2008, is due on June 2, 2008. Accordingly, the briefing schedule for Playtex's cross-motion for summary judgment would track that outlined in this Court's Scheduling Order of April 2, 2008, as follows:

1. P&G shall serve and file its motion for summary judgment concerning its *res judicata* claim by May 1, 2008;

2. Playtex shall, by June 2, 2008, serve and file in a consolidated brief: (a) its opposition to P&G's motion for summary judgment concerning P&G's *res judicata* claim; and (b) its cross-motion for summary judgment on P&G's *res judicata* claim;

3. P&G shall, by June 17, 2008, serve and file in a consolidated brief: (a) any reply in support of its motion for summary judgment concerning

The Honorable Judge William H. Pauley, III        2        April 22, 2008

> its *res judicata* claim; and (b) its opposition to Playtex's cross-motion for summary judgment on P&G's *res judicata* claim.

4. Oral argument on the cross-motions for summary judgment on P&G's *res judicata* claim shall take place July 11, 2008 at 11:00 a.m.

I have sent a notice, via electronic mail, to P&G's counsel clarifying that Playtex intends to follow the briefing schedule outlined above.

I apologize for any inconvenience to the Court occasioned by the ambiguity in my prior letter. I respectfully request that Your Honor endorse this letter and direct the clerk to enter it on the docket.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/28/08

Respectfully,

Veronica C. Abreu
*Attorney for Defendant Playtex Products, Inc.*

SO ORDERED:

_____
William H. Pauley III
United States District Judge

cc: Matthew B. Lehr
      Harold P. Weinberger