UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THE PROCTER & GAMBLE COMPANY,       :
:
            Plaintiff,       :  08 Civ. 01532 (WHP)
:
    - against -       :  **Defendant Playtex Products,**
:  **Inc.'s Motion to File Under Seal**
PLAYTEX PRODUCTS, INC.,       :
:  Electronically Filed
            Defendant.       :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Defendant Playtex Products, Inc. ("Playtex") respectfully submits this Motion to File Under Seal.

## GROUNDS FOR MOTION

      On April 25, 2008, the Court issued a Protective Order governing the use of Confidential Information in the above-captioned matter. Paragraph 10 of the Protective order states as follows:

> 10.    To the extent that the parties wish to file any materials designated CONFIDENTIAL or HIGHLY CONFIDENTIAL with the Court, the parties must seek leave of the Court to file such documents under seal as required by Judge Pauley's Individual Rules. If the Court grants permission, such materials shall be filed in sealed envelopes on which shall be endorsed the title of this action, an indication of the nature of the contents of such sealed envelope, the word(s) "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" as applicable and a statement substantially in the following form:
>
> > THIS DOCUMENT IS FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER OF THIS COURT ENTERED IN THIS ACTION AND SHALL NOT BE OPENED EXCEPT BY THE COURT OR UPON ORDER OF THE COURT OR BY STIPULATION OF THE PARTIES TO THIS ACTION

      Protective Order, p. 6, ¶ 10.

      Playtex has prepared a Consolidated Memorandum in Opposition to Plaintiff's Motion for Summary Judgment of *Res Judicata* and in Support of its Cross-Motion for Summary Judgment of No *Res Judicata*; a Statement of Undisputed Facts pursuant to Local

Rule 56.1; and supporting declarations with exhibits thereto. These papers contain materials designated as CONFIDENTIAL. Plaintiff does not object to the filing of these materials under seal.

Playtex respectfully requests that the Court grant this Motion and enter an order allowing those pages of Playtex's Consolidated Memorandum in Opposition to Plaintiff's Motion for Summary Judgment of *Res Judicata* and in Support of its Cross-Motion for Summary Judgment of No *Res Judicata*, Statement of Undisputed Facts pursuant to Local Rule 56.1, and supporting declarations and exhibits which contain Confidential Information to be filed under seal pursuant to paragraph 10 of the Protective Order.

Dated:   May 15, 2008                                   DAVIS POLK & WARDWELL

By:   s/ Veronica C. Abreu
Veronica C. Abreu (*pro hac vice*)

Anthony I. Fenwick (*pro hac vice*)
Diem-Suong T. Nguyen (DN-6578)
David J. Lisson (*pro hac vice*)
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Matthew B. Lehr (ML-9982)
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

*Attorneys for Defendant Playtex Products, Inc.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE