AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

The Proctor & Gamble Company

v.

Playtex Products, Inc.

**APPEARANCE**

Case Number: 08-cv-1532

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Playtex Products, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/14/2008 | _[signature]_ (SP0422) |
| Date | Signature |
| | Sasha E. Polonsky — 4515060 |
| | Print Name — Bar Number |
| | Davis Polk & Wardwell, 450 Lexington Avenue |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 450-4916 — (212) 450-3916 |
| | Phone Number — Fax Number |