UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | |
| Plaintiff, | 1:08-CV-01532 (WHP) (THK) |
| - against - | DECLARATION OF JULIE ELKINTON IN SUPPORT OF PLAYTEX PRODUCTS, INC.'S OPPOSITION TO P&G'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT |
| PLAYTEX PRODUCTS, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Julie Elkinton, hereby declare:

1. I am the Vice President of Marketing for Playtex North America, Playtex Strategic Business Unit of Energizer Personal Care. I have held this position since November 2007. From November 2005 until November 2007 I was Vice President of Marketing for Feminine Care at Playtex Products, Inc. ("Playtex").

2. As Vice President of Marketing for Playtex North America I supervise the marketing for the Gentle Glide product line. I submit this affidavit in support of Playtex's consolidated opposition to The Procter & Gamble Company ("P&G")'s motion for summary judgment and cross-motion for summary judgment in the above captioned matter.

3. After the version of Gentle Glide that is currently on the market ("New Gentle Glide") was launched, Playtex was not aware of any advertisements or

promotional materials comparing the leakage protection of Tampax Pearl to "Playtex Gentle Glide" or "the next leading brand" until March 2008.

4.      On or about March 3, 2008, P&G began airing television advertisements ("March 2008 Ads") claiming that its New Pearl plastic tampon "protects even better than the next leading brand."  It is my understanding that the ad attached as Exhibit A also ran in the Washington Post on March 2, 2008, stating that "Women choose Tampax 2 to 1 … The tampon with unique built-in backup protection."

5.      Playtex's first knowledge of the March 2008 Ads claiming that the New Pearl plastic tampon "protects even better than the next leading brand" was on March 4, 2008.

6.      When the March 2008 Ads aired, Playtex's New Gentle Glide was, and continues to be, the "next leading brand."

7.      On or about May 1, 2008, P&G ran a print ad in Seventeen Magazine that stated, "a leak can ruin everything" and "don't be fooled by look-alikes.  Look before you leak."  A true and correct copy of the May 2008 ad is attached as Exhibit B.

8.      It is my understanding that P&G ran a print ad in the Washington Post on or about May 4, 2008 claiming that the New Pearl plastic tampons "give you more leak free periods than the next leading brand."  The same ad is scheduled to run on or about June 1, 2008.  A true and correct copy of the ad is attached as Exhibit C.

9.      It is my understanding that on or about May 4, 2008 P&G also ran a print ad in the Washington Post that stated, "look before you leak" and "not all products are created equal."  A true and correct copy of the ad is attached as Exhibit D.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated: May 28, 2008

_____
Julie Elkinton

# EXHIBIT A












# EXHIBIT B

A leak can ruin everything.

Why risk it? Only Tampax has LEAKGUARD™ Built-in Backup® to help stop leaks before they start. So don't be fooled by look-alikes.

Look before you leak.


LeakGuard Braid


LeakGuard Skirt

©2008 P&G

EXHIBIT C

©2008 P&G



A leak can ruin everything.

Why risk it? Only Tampax Pearl Plastic® has LeakGuard™ protection built in to give you more leak-free periods than the next leading brand. So look before you leak.



TAMPAX PEARL plastic

LeakGuard Braid and Core

For more information on Tampax Pearl, go to www.beinggirl.com

EXHIBIT D




