USDC SDNY  *PAULEY*
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
THE PROCTER & GAMBLE COMPANY,          :
                                        :
                   Plaintiff,           :      08 Civ. 1532 (WHP)
                                        :
        - against -                     :
                                        :      Stipulation and [Proposed] Order
PLAYTEX PRODUCTS, INC.,                 :
                                        :
                   Defendant.           :
                                        :
                                        :
----------------------------------------x

        WHEREAS the Court, by Memorandum and Order dated August 7, 2008,

denied the motion of plaintiff The Procter & Gamble Company ("P&G") for summary

judgment, granted the cross-motion of defendant Playtex Products, Inc. ("Playtex") for

summary judgment, dismissed the First Claim for Relief in the Amended Complaint,

dated March 25, 2008, seeking a declaratory judgment on the issue of *res judicata*, and

struck P&G's *res judicata* defense to Playtex's counterclaim; and

        WHEREAS the parties agree that, because their present alignment does

not reflect the essence of the remaining dispute, the parties should be realigned so that

Playtex is the plaintiff and P&G is the defendant in this matter;

        WHEREFORE, it is hereby stipulated between the parties as follows:

        1.      P&G is hereby realigned and designated as the defendant;

        2.      Playtex is hereby realigned and designated as the plaintiff;

3.    Playtex shall file and serve on counsel for P&G a complaint in this

action with the caption reflecting Playtex as plaintiff and P&G as

defendant, and P&G shall answer within the time allotted under the

Federal Rules of Civil Procedure.

4.    Nothing herein shall constitute a waiver of any claim or defense by

the parties.

Dated:    August 21, 2008
          New York, New York

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                              By: _____
                                   Harold P. Weinberger

                              Jonathan M. Wagner
                              Tobias B. Jacoby
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Tel:    (212) 715-9100
                              hweinberger@kramerlevin.com
                              jwagner@kramerlevin.com
                              tjacoby@kramerlevin.com

                              *Attorneys for The Procter & Gamble Company*

Dated:    August 21, 2008
          New York, New York

                              DAVIS POLK & WARDWELL

                              By: _____
                                   Sasha E. Polonsky

                              Matthew B. Lehr
                              450 Lexington Avenue
                              New York, New York 10017
                              Tel: (212) 450-4000
                              matthew.lehr@dpw.com
                              sasha.polonsky@dpw.com

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.

9/2/08

2

– and –

Anthony I. Fenwick (*pro hac vice*)
Veronica C. Abreu (*pro hac vice*)
David J. Lisson (*pro hac vice*)
1600 El Camino Real
Menlo Park, California 94025
Tel: (650) 752-2000
anthony.fenwick@dpw.com
veronica.abreu@dpw.com
david.lisson@dpw.com

*Attorneys for Playtex Products, Inc.*

Dated: August __, 2008
       New York, New York

SO ORDERED:

_____
    William H. Pauley III
       U.S.D.J.